28155. WILSON *v.* BRAZZEAL, administratrix.

PER CURIAM. An approved brief of evidence is indispensable to the consideration of a motion for new trial. When a motion for new trial was assigned for hearing, and no one representing the movant appeared at such hearing, and no brief of evidence was filed or approved with the motion, it was not error for the court to dismiss the motion.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur. Gardner, J., disqualified.*

DECIDED JUNE 14, 1940.

*John E. Drake,* for plaintiff in error.
*G. G. Bower, Vance Custer,* contra.